**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 96-2605**

—————

GEORGE MAY,

Plaintiff - Appellant,

versus

COMMISSIONER OF PATENTS AND TRADEMARKS; UNITED
STATES DEPARTMENT OF COMMERCE; UNITED STATES
PATENT & TRADEMARK OFFICE,

Defendants - Appellees.

—————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Chief
District Judge.  (CA-96-915-A)

—————

Submitted:  April 17, 1997          Decided:  April 24, 1997

—————

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

George May, Appellant Pro Se.  James Ennis Macklin, OFFICE OF THE
UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil rights action for lack of subject matter jurisdiction and failing to state a claim. See Fed. R. Civ. P. 12(b)(1), (6). Appellant claimed that the Defendants violated his civil rights by registering a trademark based on fraudulent affidavits and refusing to cancel the trademark. However, May failed to exhaust administrative remedies. See 15 U.S.C. § 1064 (1994). Therefore, the district court lacked subject matter jurisdiction. Further, May failed to establish facts sufficient to state a civil rights claim. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm. May v. Commissioner of Patents and Trademarks, No. CA-96-915-A (E.D. Va. Oct. 11, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2